IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID W. WILSON,

      Plaintiff,         No. CIV S-07-1803 MCE EFB P

  vs.

JAMES TILTON, et al.,

      Defendants.        ORDER
_____/

Plaintiff is a prisoner without counsel seeking relief for civil rights violations. *See* 42 U.S.C. § 1983. He seeks leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1983.

For the reasons explained below, the court finds that plaintiff has not demonstrated he is eligible to proceed *in forma pauperis*.

A prisoner may no proceed *in forma pauperis*,

> if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g).

////

1

1    This court's records demonstrate that on at least three occasions before filing the complaint in this action, this court dismissed at least three of plaintiff's lawsuits on the grounds that they were frivolous or malicious or failed to state a claim upon which relief may be granted.[1] *See* Order filed October 31, 2006, *Wilson v. Schwartz*, No. CIV S-05-1649 GEB CMK; Order filed June 4, 2007, in *Wilson v. Veal*, No. CIVS-06-0067 FCD KJM  (E.D. Cal.); and Order filed March 8, 2007, in *Wilson v. Dovey*, No. CIV S-06-1032 FCD EFB (E.D. Cal.).  Plaintiff was incarcerated when he brought each of these actions.  He has not alleged facts suggesting that he is under imminent danger of serious physical injury.

Therefore, to proceed with this action plaintiff must either demonstrate he is under imminent danger of serious physical injury or pay the $350 filing fee required by 28 U.S.C. § 1914(a).

Accordingly, it is hereby ORDERED that:

1. Plaintiff's August 31, 2007, application to proceed *in forma pauperis* is denied;

2. Plaintiff has 20 days from the date this order is served either to demonstrate he is under imminent danger of serious physical injury or to pay the $350 filing fee for this action; and

3. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated:  September 28, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] A court may take judicial notice of court records.  *See MGIC Indem. Co. v. Weisman*, 803 F.2d 500, 505 (9th Cir. 1986); *United States v. Wilson*, 631 F.2d 118, 119 (9th Cir. 1980).

2