IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID WILSON,

      Plaintiff,                    No. CIV S-07-1803 MCE EFB P

    vs.

JAMES TILTON, et al.,

      Defendants.              FINDINGS & RECOMMENDATIONS

                              /

       Plaintiff is a prisoner without counsel seeking relief for civil rights violations. *See* 42 U.S.C. § 1983. He seeks leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1983.

       By order filed September 28, 2007, the court explained to plaintiff that he had not demonstrated that he is eligible to proceed *in forma pauperis* as he has,

> on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g). The court directed plaintiff to either demonstrate that he is under imminent danger of serious physical injury or pay the $350 filing fee required by 28 U.S.C. § 1914(a) within 20 days.

////

1

1    On October 19, 2007, plaintiff filed a statement that he is being discriminated against due
2 to his disability in that the prison has not provided him with towel racks, causing his towels to
3 become mildewy and therefore a hazard to his health; that the prison has not provided shelves
4 and lockers for food, causing food items left on the floor to become infested with ants, roaches,
5 and rodents which leave waste behind on plaintiff's food and bedding.  Additionally, plaintiff
6 argues that he has not been provided with a desk and stool, causing him stress and pain to his
7 pre-existing degenerative disc disease and consequent stress and pain.

8    Plaintiff's complaint does not make the showing required by 28 U.S.C. 1915(g) in that
9 none of plaintiff's complaints establish imminent danger as he has only stated that the conditions
10 complained of pose a threat to his health rather than having an actual adverse impact.
11 Alternatively, plaintiff has not paid the $350 filing fee.

12    For the foregoing reasons, IT IS HEREBY RECOMMENDED that this action be
13 dismissed for plaintiff's failure to comply with the court's September 28, 2007, order.

14    These findings and recommendations are submitted to the United States District Judge
15 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days
16 after being served with these findings and recommendations, any party may file written
17 objections with the court and serve a copy on all parties.  Such a document should be captioned
18 "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
19 within the specified time may waive the right to appeal the District Court's order. *Turner v.*
20 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
21 Dated:  February 8, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE